1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  Latham Square Building
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625

5  Attorneys for Plaintiff
   DONNA RAYON-TERRELL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA RAYON-TERRELL, | NO. C02-2759 MMC (EMC) |
| Plaintiff, | **STIPULATION AND ORDER TO SET CASE MANAGEMENT CONFERENCE ON REMAND** |
| v. | |
| CONTRA COSTA COUNTY, KEITH RICHTER in his individual capacity, and DOES 1 through 15 inclusive, | |
| Defendants. | |

Plaintiff DONNA RAYON-TERRELL and Defendants CONTRA COSTA COUNTY and KEITH RICHTER, by and through their respective counsel, hereby agree and request that a Case Management and Trial Setting Conference be set on the Court's calendar at the earliest practicable opportunity.

Dated: 12-3-2007

SILVANO B. MARCHESI, County Counsel

[signature]

BERNARD KNAPP, Deputy County Counsel
Attorneys for Defendant CONTRA COSTA
COUNTY and KEITH RICHTER

1109P263aPYP

-1-
STIPULATION AND ORDER (C02-2759 MMC (EMC))

Dated: December 3, 2007    PRICE AND ASSOCIATES

/s/ *Pamela Y. Price*
PAMELA Y. PRICE, Attorneys for Plaintiff
DONNA RAYON-TERRELL

## ORDER

Pursuant to the foregoing Stipulation of the parties and good cause appearing therefor, **IT IS SO ORDERED.** A Case Management and Trial Setting Conference shall be convened before the Court on January 25, 2008 at 10:30 a.m. Counsel for all parties are directed to appear. The parties shall file a Joint Case Management Statement no later than January 18, 2008.

Dated: December 5, 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT